# United States Court of Appeals
## For the First Circuit

No. 21-1749

UNITED STATES OF AMERICA,

Appellee,

v.

MAXIMILIANO FÍGARO-BENJAMÍN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on April 30, 2024, is amended as follows:

On page 3, footnote 1, replace < are drawn from "his plea agreement, the undisputed sections of the presentence investigation report ('PSR'), and the transcripts of his change-of-plea and sentencing hearings." > with < are drawn from "the undisputed sections of the presentence investigation report ('PSR')" as well as "the transcripts of his change-of-plea and sentencing hearings.">